UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW WILES,

    Plaintiff,

v.                                        Case No: 8:22-cv-932-CEH-CPT

JORDAN NICHOLAS ELLIOTT, INC.,

    Defendant.
_____/

**ORDER**

Before the Court is the Stipulation of Dismissal Without Prejudice (Doc. 10). In accord with the Stipulation of Dismissal Without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     The Stipulation of Dismissal Without Prejudice is **APPROVED** (Doc. 10).

2)     This cause is dismissed, without prejudice.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on May 9, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record